THE PEOPLE OF THE STATE OF NEW YORK ex rel. FIFTH AVENUE AND 37TH STREET CORPORATION, Appellant and Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents and Appellants.

Argued June 18, 1941; decided July 29, 1941.

*Robert J. Silberstein* and *Victor S. Gettner* for relator, appellant and respondent.

*William C. Chanler, Corporation Counsel (Alfred T. White* and *Arthur A. Segall* of counsel), for defendants, respondents and appellants.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.